955 A.2d 1012

William JOHNSON, Petitioner

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

Supreme Court of Pennsylvania.

Aug. 27, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Extraordinary Relief Under King's Bench Jurisdiction is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.